IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
OCT 0 3 2019
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| CHAD BEIERLE, <br><br> Plaintiff, <br><br> vs. <br><br> ALEXANDER A GEORGE TRUST, and KFC MONTANA, LTD., d/b/a KFC MISSOULA, <br><br> Defendants. | CV 19–130–M–DLC <br><br> ORDER |

Before the Court is the Plaintiff's Stipulation of Voluntary Dismissal with Prejudice. (Doc. 6.)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE.

DATED this 3rd day of October, 2019.

Dana L. Christensen, Chief District Judge
United States District Court

-1-